UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

AMIN LAKHANI,
    Plaintiff,
vs.

BODEGA COCONUT GROVE, LLC
d/b/a BODEGA TAQUERIA Y
TEQUILA and 3419 MAIN LLC,
    Defendants.

Case No.: 23-cv-22274-KMW

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, AMIN LAKHANI, and Defendants, BODEGA COCONUT GROVE, LLC d/b/a BODEGA TAQUERIA Y TEQUILA and 3419 MAIN LLC by and through their respective counsel, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to the dismissal of this action *with prejudice*, with each party to bear their own attorney's fees and costs except as otherwise agreed by the parties in writing.

Respectfully submitted,

| | |
|---|---|
| s/ Glenn R. Goldstein | s/ Alejandro I. Leiva |
| Glenn R. Goldstein (FBN: 55873) | Alejandro I. Leiva, Esq. (FBN: 118309) |
| *Attorney for Plaintiff* | *Attorney for Defendants, Bodega Coconut Grove, LLC and 3419 Main LLC* |
| Glenn R. Goldstein & Assoc., PLLC | GREENSPOON MARDER LLP |
| 8101 Biscayne Blvd., Ste. 504 | 200 East Broward Blvd., Suite 1800 |
| Miami, Florida 33138 | Fort Lauderdale, FL 33301 |
| (305) 900-2373 | (954) 491-1120 |
| GGoldstein@G2Legal.net | Alex.Leiva@gmalaw.com |